IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CV-114-GCM

| | |
|---|---|
| PATRICK BUTLER, )<br>Plaintiff, )<br>v. )<br> )<br>PROTECTIVE LIFE CORPORATION, )<br>Defendant. )<br> ) | ORDER GRANTING<br>ADMISSION PRO HAC VICE |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Warren Bricken Lightfoot, Jr.,** filed April 17, 2013 [doc.# 5].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Lightfoot is admitted to appear before this court *pro hac vice* on behalf of defendant Protective Life Corporation.

**IT IS SO ORDERED.**

Signed: May 2, 2013

Graham C. Mullen
United States District Judge