**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:13-CV-114-GCM**

|  |  |  |
|---|---|---|
| | ) | |
| **PATRICK BUTLER,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **ORDER GRANTING** |
| | ) | **ADMISSION PRO HAC VICE** |
| **PROTECTIVE LIFE CORPORATION,** | ) | |
| **Defendant.** | ) | |
| | ) | |

      **THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Matthew Irvin Penfield,** filed April 17, 2013 [doc.# 6].

      Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

      In accordance with Local Rule 83.1 (B), Mr. Penfield is admitted to appear before this court *pro hac vice* on behalf of defendant Protective Life Corporation.

      **IT IS SO ORDERED.**

Signed: May 2, 2013

Graham C. Mullen
United States District Judge